STATE of Missouri, Respondent,

v.

Christopher F. HEAVNER, Appellant.

No. WD 50862.

Missouri Court of Appeals,
Western District.

Dec. 5, 1995.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen, Jefferson City, Deborah Bell Yates, Asst. Atty. Gen., St. Louis, for respondent.

Before FENNER, C.J., P.J., and ULRICH and SMITH, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of assault in the second degree, § 565.060, RSMo 1994, and from sentence of imprisonment for one year.

Judgment affirmed. Rule 30.25(b).

---

Michael D. COOLEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 50773.

Missouri Court of Appeals,
Western District.

Dec. 5, 1995.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b).